# United States Bankruptcy Court
## of the
## Northern District Of Illinois
## Western Division

Trustee's Final Report

In Re: MICHAEL SEIPTS & MATA A. SEIPTS        Case Number: 04-74407
1620 EVANS AVENUE                              SSN-xxx-xx-4897 & xxx-xx-4892
LOVES PARK, IL  61111

Case filed on:    9/2/2004
Plan Confirmed on:    12/3/2004

P Discharged Paid Out

Total funds received and disbursed pursuant to the plan: $17,044.09        Detail of Disbursements below:

| Claim # | Name of the Claimant | Claimed by the Creditor | Allowed by the Court | Principal Paid | Interest Paid |
|---|---|---|---|---|---|
| 772 | CLERK OF U.S. BANKRUPTCY COURT | 164.00 | 164.00 | 164.00 | 0.00 |
| | Total Administration | 164.00 | 164.00 | 164.00 | 0.00 |
| 000 | BALSLEY & DAHLBERG LLP | 1,200.00 | 1,200.00 | 1,200.00 | 0.00 |
| | Total Legal | 1,200.00 | 1,200.00 | 1,200.00 | 0.00 |
| 009 | STEPHEN J.MORIARTY, ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
| 202 | AMERICREDIT | 0.00 | 0.00 | 0.00 | 0.00 |
| | Total Legal | 0.00 | 0.00 | 0.00 | 0.00 |
| 999 | MICHAEL SEIPTS | 0.00 | 0.00 | 64.03 | 0.00 |
| | Total Debtor Refund | 0.00 | 0.00 | 64.03 | 0.00 |
| 001 | AEGIS MORTGAGE CORPORATION | 2,689.65 | 2,689.65 | 2,689.65 | 0.00 |
| 002 | AMERICREDIT | 9,000.00 | 9,000.00 | 9,000.00 | 2,825.40 |
| 003 | BENEFICIAL MORTGAGE CO OF ILLINOIS | 18,339.96 | 0.00 | 0.00 | 0.00 |
| | Total Secured | 30,029.61 | 11,689.65 | 11,689.65 | 2,825.40 |
| 002 | AMERICREDIT | 5,822.28 | 0.00 | 0.00 | 0.00 |
| 004 | NUVELL CREDIT CORPORATION | 16,870.32 | 0.00 | 0.00 | 0.00 |
| 005 | ATLANTIC CREDIT & FINANCE INC | 0.00 | 0.00 | 0.00 | 0.00 |
| 006 | CAPITAL ONE | 390.21 | 0.00 | 0.00 | 0.00 |
| 007 | B-LINE LLC | 2,731.06 | 0.00 | 0.00 | 0.00 |
| 008 | MARY SEIPTS | 4,710.65 | 0.00 | 0.00 | 0.00 |
| 010 | ECAST SETTLEMENT CORPORATION | 977.01 | 0.00 | 0.00 | 0.00 |
| 011 | CAPITAL ONE | 1,959.53 | 0.00 | 0.00 | 0.00 |
| 012 | CAPITAL ONE | 5,132.18 | 0.00 | 0.00 | 0.00 |
| | Total Unsecured | 38,593.24 | 0.00 | 0.00 | 0.00 |
| | Grand Total: | 69,986.85 | 13,053.65 | 13,117.68 | 2,825.40 |

Total Paid Claimant:    $15,943.08
Trustee Allowance:     $1,101.01
Percent Paid Unsecured:     0.00

Wherefore, your petitioner prays that a final Decree be entered discharging the trustee and the trustee's surety from any and all liablility on account of the within proceedings, and closing the estate, and for such other relief as is just.  Pursuant to FRBP, I hereby certify that the subject case has been fully administered.

Report Dated:

  /s/ Lydia S. Meyer
Lydia S. Meyer, Trustee

This is to certify that a copy of this notice has been mailed to the debtor and the debtor's attorney.

Dated at Rockford, IL  on  04/18/2008              By   /s/Heather M. Fagan